IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA KNOCHEL, | ) | |
| KENNETH R. KNOCHEL, her husband, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-426 |
| | ) | |
| HEALTHASSURANCE PENNSYLVANIA, INC., | ) | Judge Lancaster |
| HEALTHASSURANCE, | ) | Magistrate Judge Hay |
| HEALTHAMERICA PENNSYLVANIA, INC., | ) | |
| HEALTHAMERICA, | ) | |
| HEALTHAMERICA/HEALTHASSURANCE, | ) | |

## ORDER

AND NOW, this 20th day of Oct, 2006, after the plaintiffs, Donna Knochel and Kenneth R. Knochel, filed an action in the above-captioned case, and after a Motion to Dismiss was filed by defendants, HealthAssurance Pennsylvania, Inc., HealthAssurance, HealthAmerica Pennsylvania, Inc., HealthAmerica, and HealthAmerica/HealthAssurance, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendants' Motion to Dismiss [Docket No. 5] is GRANTED.

        IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiffs desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                                                 GARY L. LANCASTER  
                                                                                 United States District Judge

cc:      Honorable Amy Reynolds Hay  
         United States Magistrate Judge

         Deborah L. Lowery, Esquire  
         William F. Goodrich, Esquire  
         Goodrich & Goodrich  
         429 Fourth Avenue  
         900 Law & Finance Building  
         Pittsburgh, PA 15219

         Steven B. Silverman, Esquire  
         Tucker Arensberg  
         1500 One PPG Place  
         Pittsburgh, PA 15222